UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **BRIAN GRIFFITH** | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-13294 PMM |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 43) is **APPROVED**.

Date:  March 16, 2020

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE
For U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER