**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Brian Griffith                                   :       Chapter 13
                    Debtor                                :       Bankruptcy No. 19-13294-pmm

**ORDER**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,300.00 as legal fees from 10/13/20-10/20/20.  The approved amount may be paid to counsel in accordance with the terms of the confirmed Plan.

BY THE COURT

Dated: 11/12/20

*Patricia M. Mayer*

Patricia M. Mayer
U.S. Bankruptcy Judge