United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                          Case No. 19-13294-pmm

Brian Griffith                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: admin           Page 1 of 3

Date Rcvd: Mar 23, 2021        Form ID: 167          Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Griffith, 612 Byram Street, Reading, PA 19606-1607 |
| 14330012 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14330013 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14341383 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14454119 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14336637 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esq., KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14332651 | + | Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14330025 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14358496 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14358882 | + | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO BOX 9210, Des Moines, IA 50306-9210 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:38:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14347730 | + | Email/Text: documentfiling@lciinc.com | Mar 24 2021 04:22:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14330014 | + | Email/Text: bankruptcy@cavps.com | Mar 24 2021 04:23:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14352933 | + | Email/Text: bankruptcy@cavps.com | Mar 24 2021 04:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14366350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2021 03:30:45 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14330015 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2021 03:22:01 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14330016 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 24 2021 04:23:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14361282 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 24 2021 03:21:15 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14346199 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2021 03:21:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330017 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 24 2021 04:23:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14349564 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 24 2021 04:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14364166 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2021 04:22:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14330019 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2021 04:22:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14365661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2021 03:38:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14330020 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2021 03:29:47 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14330021 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2021 04:23:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14346226 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2021 04:23:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14330022 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2021 03:22:37 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14330811 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:29:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14330023 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 24 2021 04:22:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14341705 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14552794 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14330018 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14330024 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

**Name**                          **Email Address**
BRENNA HOPE MENDELSOHN
                                  on behalf of Debtor Brian Griffith tobykmendelsohn@comcast.net

District/off: 0313-4  User: admin  Page 3 of 3
Date Rcvd: Mar 23, 2021  Form ID: 167  Total Noticed: 30

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brian Griffith
    Debtor(s)

Case No: 19−13294−pmm

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Quicken Loans Inc..
Telephone 888−636−3807, access code 4954493

on: 4/13/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  3/23/21

Timothy B. McGrath
Clerk of Court

66 − 65
Form 167