# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brian Griffith<br>                    Debtor(s)<br><br>Quicken Loans, LLC Formerly Known as (FKA) Quicken Loans Inc., its successors and/or assigns<br>                    Movant<br>          vs.<br>Brian Griffith<br>                    Debtor(s)<br><br>Scott Waterman<br>                    Trustee | CHAPTER 13<br><br><br><br>NO. 19-13294 PMM<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Quicken Loans, LLC Formerly Known as (FKA) Quicken Loans Inc., which was filed with the Court on or about **March 18, 2021 (Doc. No. 64)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: April 28, 2021