| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13294-PMM

BRIAN GRIFFITH
612 BYRAM STREET
READING  PA   19606

Petition Filed Date: 05/22/2019
341 Hearing Date: 07/02/2019
Confirmation Date: 01/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $335.00 | 47045964600 | 02/19/2020 | $332.00 | 47045964653 | 03/25/2020 | $333.00 | 47045964712 |
| 06/02/2020 | $150.00 | 47045964757 | 06/02/2020 | $500.00 | 47045964756 | 09/02/2020 | $333.00 | 47039423205 |
| 11/16/2020 | $276.00 | 47039423245 | 12/17/2020 | $278.00 | 47039423262 | 02/17/2021 | $277.00 | 47039423293 |
| 03/16/2021 | $277.00 | 47039423321 | 05/26/2021 | $400.00 | 47039423363 | | | |

**Total Receipts for the Period: $3,491.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,410.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | BANK OF AMERICA NA »» 001 | Unsecured Creditors | $18,845.29 | $0.00 | $18,845.29 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $3,518.00 | $0.00 | $3,518.00 |
| 3 | QUICKEN LOANS INC »» 03A | Mortgage Arrears | $4,462.54 | $0.00 | $4,462.54 |
| 4 | QUICKEN LOANS INC »» 03B | Mortgage Arrears | $1,626.44 | $0.00 | $1,626.44 |
| 5 | COMCAST »» 004 | Unsecured Creditors | $233.33 | $0.00 | $233.33 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $2,517.43 | $0.00 | $2,517.43 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 006 | Unsecured Creditors | $3,484.53 | $0.00 | $3,484.53 |
| 8 | CAVALRY INVESTMENTS LLC »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NEVADA NA »» 008 | Unsecured Creditors | $14,691.19 | $0.00 | $14,691.19 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 009 | Unsecured Creditors | $502.90 | $0.00 | $502.90 |
| 11 | PNC BANK »» 010 | Secured Creditors | $8,470.61 | $0.00 | $8,470.61 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $518.88 | $0.00 | $518.88 |
| 13 | CITIBANK NA »» 012 | Unsecured Creditors | $1,458.51 | $0.00 | $1,458.51 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,300.00 | $0.00 | $1,300.00 |

**Chapter 13 Case No. 19-13294-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,410.00 | Current Monthly Payment: | $275.80 |
| Paid to Claims: | $3,650.00 | Arrearages: | $698.40 |
| Paid to Trustee: | $390.60 | Total Plan Base: | $21,656.40 |
| Funds on Hand: | $369.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.