United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13294-pmm |
| Brian Griffith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Griffith, 612 Byram Street, Reading, PA 19606-1607 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14330012 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14330013 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14341383 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14454119 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14336637 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esq., KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14332651 | + | Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14330025 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14358496 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14358882 | + | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO BOX 9210, Des Moines, IA 50306-9210 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2021 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 05 2021 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 23:51:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14347730 | + | Email/Text: documentfiling@lciinc.com | Aug 05 2021 23:50:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14330014 | + | Email/Text: bankruptcy@cavps.com | Aug 05 2021 23:51:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14352933 | + | Email/Text: bankruptcy@cavps.com | Aug 05 2021 23:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14366350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2021 23:51:20 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14330015 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2021 23:51:40 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14330016 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 05 2021 23:51:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |

Case 19-13294-pmm   Doc 76   Filed 08/07/21   Entered 08/08/21 00:38:40   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 14361282 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 06 2021 00:12:47 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14346199 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2021 23:51:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330017 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2021 23:50:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14349564 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2021 23:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364166 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2021 23:50:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14330019 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2021 23:50:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14365661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14330020 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:39 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14330021 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 05 2021 23:51:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14346226 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 05 2021 23:51:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14330022 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2021 23:51:31 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14330811 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 23:51:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14330023 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 05 2021 23:50:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14341705 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14552794 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14330018 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14330024 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021        Signature:    /s/Joseph Speetjens

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:**

**Name**  **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Brian Griffith tobykmendelsohn@comcast.net

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>BRIAN GRIFFITH<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 19-13294-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 5, 2021**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE