**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | BRIAN GRIFFITH, | : | Chapter 13 |
| | Debtor | : | Bankruptcy No. 19-13294-PMM |

### ORDER

    AND NOW, upon consideration of the Motion to Reinstate Bankruptcy Proceeding and Reinstate the Automatic Stay ("Motion"), and after notice and opportunity for hearing

    IT IS HEREBY ORDERED that the above-captioned Bankruptcy proceeding is reinstated.

    IT IS FURTHER ORDERED that the automatic stay is reimposed and the dismissal order dated August 5, 2021 is vacated.

**Date: September 23, 2021**

Patricia M. Mayer
United States Bankruptcy Judge