**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Brian Griffith, | : | Chapter 13 Bankruptcy |
| | : | Bankruptcy No. **19-13294-pmm** |
| Debtor | : | HEARING DATE: November 4, 2021 |
| | : | at 10:00 a.m |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a Motion to Modify Plan on behalf of Brian Griffith Chapter 13 Debtor.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an Attorney, you may wish to consult an Attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review on the Motion, then on or before October 15, 2021 you or your attorney must do all of the following:

    a) File an Answer explaining your position at:

    United States Bankruptcy Court Eastern District of Pennsylvania
    Gateway Building,
    201 Penn St.,
    4th Floor Courtroom
    Reading, PA 19601

    If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and:

    b) Mail a copy to the Movant's Attorney:

    Mendelsohn & Mendelsohn, P.C.
    Attention: Brenna H. Mendelsohn, Esquire
    637 Walnut Street
    Reading, PA 19601
    Telephone: (610) 374-8088
    Facsimile: (610) 478-1260

2. If you or your attorney do not take the steps described in 1a) and 1b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A Hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on November 4, 2021 at 10:00 a.m. at the Gateway Building, 201 Penn St., 4th Floor

Courtroom Reading, PA 1960. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

    4.    You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been canceled because no one filed an Answer.

|  |  |
|---|---|
| Dated: 9/24/2921 | Respectfully submitted,<br>MENDELSOHN & MENDELSOHN, P.C.<br><br>By: /s/ Brenna H. Mendelsohn<br>Brenna H. Mendelsohn, Esquire<br>637 Walnut Street<br>Reading, PA 1960 |