United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13294-pmm

Brian Griffith     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Sep 23, 2021     Form ID: pdf900     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Griffith, 612 Byram Street, Reading, PA 19606-1607 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14330012 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14330013 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14341383 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14454119 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14336637 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esq., KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14332651 | + | Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14330025 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14358496 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14358882 | + | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO BOX 9210, Des Moines, IA 50306-9210 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2021 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 23 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 23 2021 23:57:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14347730 | + | Email/Text: documentfiling@lciinc.com | Sep 23 2021 23:47:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14330014 | + | Email/Text: bankruptcy@cavps.com | Sep 23 2021 23:48:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14352933 | + | Email/Text: bankruptcy@cavps.com | Sep 23 2021 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14366350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2021 23:57:53 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14330015 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2021 23:57:53 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14330016 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 23 2021 23:48:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14361282 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2021 23:57:56 | | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14346199 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 23 2021 23:57:53 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330017 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 23 2021 23:47:00 | | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14349564 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 23 2021 23:47:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364166 | | Email/Text: Bankruptcy.Notices@pnc.com Sep 23 2021 23:47:00 | | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14330019 | | Email/Text: Bankruptcy.Notices@pnc.com Sep 23 2021 23:47:00 | | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14365661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 23 2021 23:57:53 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14330020 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 23 2021 23:57:58 | | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14330021 | + | Email/Text: bankruptcyteam@quickenloans.com Sep 23 2021 23:48:00 | | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14346226 | + | Email/Text: bankruptcyteam@quickenloans.com Sep 23 2021 23:48:00 | | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14330022 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Sep 23 2021 23:57:53 | | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14330811 | + | Email/PDF: gecsedi@recoverycorp.com Sep 23 2021 23:57:58 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14330023 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 23 2021 23:47:00 | | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14341705 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14552794 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14330018 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14330024 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021          Signature:     /s/Joseph Speetjens

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Sep 23, 2021 | Form ID: pdf900 | Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Brian Griffith tobykmendelsohn@comcast.net |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   BRIAN GRIFFITH,            :   Chapter 13
         Debtor                      :   Bankruptcy No. 19-13294-PMM

### ORDER

AND NOW, upon consideration of the Motion to Reinstate Bankruptcy Proceeding and Reinstate the Automatic Stay ("Motion"), and after notice and opportunity for hearing

IT IS HEREBY ORDERED that the above-captioned Bankruptcy proceeding is reinstated.

IT IS FURTHER ORDERED that the automatic stay is reimposed and the dismissal order dated August 5, 2021 is vacated.

**Date: September 23, 2021**

Patricia M. Mayer
United States Bankruptcy Judge