# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Brian Griffith,**                            :        **Chapter 13**
                                                      :
                                                      :        **Case No. 19-13924(PMM)**
                                                      :
**Debtor .**                                          :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 84, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 79) is **approved**.

*[signature: Patricia M. Mayer]*

**Date:  11/4/21**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**