Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-13294-PMM**

BRIAN GRIFFITH  
612 BYRAM STREET  
READING  PA  19606

Petition Filed Date: 05/22/2019  
341 Hearing Date: 07/02/2019  
Confirmation Date: 01/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $278.00 | 47055477633 | 09/23/2022 | $278.00 | 47055477636 | 11/01/2022 | $278.00 | 19412668368 |
| 12/14/2022 | $60.00 | 47055477662 | 12/14/2022 | $500.00 | 47055477661 | 02/23/2023 | $278.00 | 19412668775 |
| 04/11/2023 | $60.00 | 47055477693 | 04/11/2023 | $500.00 | 47055477692 | 04/24/2023 | $400.00 | 19514341812 |
| 05/24/2023 | $290.00 | 19514341914 | 07/31/2023 | $500.00 | 19514341338 | | | |

**Total Receipts for the Period: $3,422.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,565.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | BANK OF AMERICA NA »» 001 | Unsecured Creditors | $18,845.29 | $0.00 | $18,845.29 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $3,518.00 | $0.00 | $3,518.00 |
| 3 | QUICKEN LOANS INC »» 03A | Mortgage Arrears | $4,462.54 | $1,305.54 | $3,157.00 |
| 4 | QUICKEN LOANS INC »» 03B | Mortgage Arrears | $1,626.44 | $475.82 | $1,150.62 |
| 5 | COMCAST INC »» 004 | Unsecured Creditors | $233.33 | $0.00 | $233.33 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $2,517.43 | $0.00 | $2,517.43 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 006 | Unsecured Creditors | $3,484.53 | $0.00 | $3,484.53 |
| 8 | CAVALRY SPV INVESTMENTS LLC »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NEVADA NA »» 008 | Unsecured Creditors | $14,691.19 | $0.00 | $14,691.19 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 009 | Unsecured Creditors | $502.90 | $0.00 | $502.90 |
| 11 | PNC BANK »» 010 | Secured Creditors | $8,470.61 | $2,478.14 | $5,992.47 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $518.88 | $0.00 | $518.88 |
| 13 | CITIBANK NA »» 012 | Unsecured Creditors | $1,458.51 | $0.00 | $1,458.51 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

**Chapter 13 Case No. 19-13294-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,565.00 | Current Monthly Payment: | $276.00 |
| Paid to Claims: | $9,209.50 | Arrearages: | $193.00 |
| Paid to Trustee: | $900.50 | Total Plan Base: | $21,620.66 |
| Funds on Hand: | $455.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.