United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13294-pmm |
| Brian Griffith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 22, 2024 | Form ID: 167 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Griffith, 612 Byram Street, Reading, PA 19606-1607 |
| 14330012 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14454119 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14336637 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esq., KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14332651 | + | Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14330811 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14358882 | + | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO BOX 9210, Des Moines, IA 50306-9210 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14341705 | | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 23 2024 00:36:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14330013 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 23 2024 00:36:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14341383 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 23 2024 00:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14347730 | + | Email/Text: documentfiling@lciinc.com | Feb 23 2024 00:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14330014 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2024 00:36:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14352933 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2024 00:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14366350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 00:45:39 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14330015 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 00:45:41 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14330016 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 23 2024 00:36:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14361282 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2024 00:45:43 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14346199 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 00:45:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330017 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2024 00:36:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14349564 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2024 00:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364166 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2024 00:36:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH |

Case 19-13294-pmm   Doc 117   Filed 02/24/24   Entered 02/25/24 00:33:11   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: 167 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14330019 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2024 00:36:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14365661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2024 00:45:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14330020 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2024 00:45:55 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14330021 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 23 2024 00:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14346226 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 23 2024 00:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14330022 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 00:45:24 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14330023 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2024 00:36:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14330025 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2024 00:45:16 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14358496 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2024 00:45:25 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14552794 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14688602 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14330018 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14330024 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Brian Griffith tobykmendelsohn@comcast.net |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 22, 2024 | Form ID: 167 | Total Noticed: 30 |

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brian Griffith
    Debtor(s)

Case No: 19−13294−pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. Filed by Brian Griffith.

on: 3/14/24

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/22/24

Timothy B. McGrath
Clerk of Court

116 − 115
Form 167