| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 19-13294-PMM**

BRIAN GRIFFITH  
612 BYRAM STREET  
READING  PA    19606

Petition Filed Date: 05/22/2019  
341 Hearing Date: 07/02/2019  
Confirmation Date: 01/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/17/2024 | $1,100.00 | 1001023359 | 01/10/2025 | $500.00 | 19677609482 | 01/10/2025 | $40.00 | 19677609483 |
| 03/26/2025 | $280.00 | 19703200546 | 05/06/2025 | $270.00 | 19703200650 | 06/16/2025 | $270.00 | 19683282104 |
| 07/08/2025 | $100.00 | 19760329226 | 07/08/2025 | $500.00 | 19760329225 | 07/17/2025 | $270.00 | 19760329251 |

**Total Receipts for the Period: $3,330.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»» 001 | Unsecured Creditors | $18,845.29 | $0.00 | $18,845.29 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $3,518.00 | $0.00 | $3,518.00 |
| 3 | QUICKEN LOANS INC<br>»» 03A | Mortgage Arrears | $4,462.54 | $3,281.76 | $1,180.78 |
| 4 | QUICKEN LOANS INC<br>»» 03B | Mortgage Arrears | $1,626.44 | $1,196.09 | $430.35 |
| 5 | COMCAST INC<br>»» 004 | Unsecured Creditors | $233.33 | $0.00 | $233.33 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $2,517.43 | $0.00 | $2,517.43 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $3,484.53 | $0.00 | $3,484.53 |
| 8 | CAVALRY SPV INVESTMENTS LLC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $14,691.19 | $0.00 | $14,691.19 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $502.90 | $0.00 | $502.90 |
| 11 | PNC BANK<br>»» 010 | Secured Creditors | $8,470.61 | $6,229.32 | $2,241.29 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $518.88 | $0.00 | $518.88 |
| 13 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,458.51 | $0.00 | $1,458.51 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

**Chapter 13 Case No. 19-13294-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,125.00 | Current Monthly Payment: | $276.00 |
| Paid to Claims: | $15,657.17 | Arrearages: | $533.00 |
| Paid to Trustee: | $1,467.83 | Total Plan Base: | $21,620.66 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.