*Form 167* (1/25)–doc 136 – 135

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
   Brian Griffith                              )        Case No. 19–13294–pmm
                                                )
                                                )
   Debtor(s).                                  )        Chapter: 13
                                                )
                                                )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a
Quicken Loans Inc. Filed by Brian Griffith.

on: 3/12/26

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: February 25, 2026                                   For The Court

                                                         Mohung Wong
                                                         Clerk of Court