Certificate Number: 20102-PAE-DE-040664350

Bankruptcy Case Number: 19-13294



20102-PAE-DE-040664350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 26, 2026</u>, at <u>8:07</u> o'clock <u>AM EST</u>, <u>Brian Griffith</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 26, 2026</u>          By:     <u>/s/Marcy Walter</u>

Name:  <u>Marcy Walter</u>

Title:   <u>President-Manager</u>