United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-13294-pmm

Brian Griffith                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

**Recip ID                        Recipient Name and Address**
db                       +  Brian Griffith, 612 Byram Street, Reading, PA 19606-1607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

**Name                                    Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Brian Griffith tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

District/off: 0313-4                          User: admin                                      Page 2 of 2

Date Rcvd: Feb 25, 2026                       Form ID: 167                                 Total Noticed: 1

on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

ROLANDO RAMOS-CARDONA
                         on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                         ECFMail@ReadingCh13.com

Scott F Waterman
                         on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*Form 167* (1/25)–doc 136 – 135

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Brian Griffith | ) | Case No. 19–13294–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>NOTICE OF HEARING</u>

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a
Quicken Loans Inc. Filed by Brian Griffith.

on: 3/12/26

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: February 25, 2026

For The Court

Mohung Wong
Clerk of Court