UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Brian Griffith                                                          Chapter 13 Bankruptcy

Debtor                                                                  Case Number: 19-13294-pmm

                                                                        HEARING DATE: Thursday March 26, 2026, **At 11:00 a.m.**

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C. Movant has filed a MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an Attorney, you may wish to consult an Attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review of the Motion, then on or before **3/19/26**, you or your attorney must do all of the following:

a) File an Answer explaining your position at: United States Bankruptcy Court Eastern District of Pennsylvania Gateway Building, 201 Penn St., 4th Floor Courtroom Reading, PA 19601 If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and:

b) Mail a copy to the Movant's Attorney: Mendelsohn & Mendelsohn, P.C. Attention: Brenna H. Mendelsohn, Esquire 637 Walnut Street Reading, PA 19601 Telephone: (610) 374-8088 Facsimile: (610) 478-1260

2.        If you or your attorney do not take the steps described in 1a) and 1b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.        A Hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on **THURSDAY March 26, 2026, at 11:00 a.m.** at the Gateway Building, 201 Penn St., 4th Floor Courtroom Reading, PA 19601.

If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4.        You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been canceled because no one filed an Answer.

                                                Respectfully submitted,

Dated: March 5, 2026, Mendelsohn

By: /s/ Brenna H.

Brenna H. Mendelsohn, Esquire

637 Walnut Street

Reading, PA 19601

Ph 610-374-8088