**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Brian Griffith** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **Bankruptcy No. 19-13294-pmm** |

<u>**CERTIFICATE OF NO RESPONSE**</u>

    I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Brian Griffith, Chapter 13  Debtors, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Motion to Withdraw as Counsel and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

3/20/2026

Respectfully submitted,

<u>/s/ Brenna H. Mendelsohn</u>
Brenna H.Mendelsohn, Esquire
Mendelsohn & Mendelsohn, P.C.
637 Walnut Street