UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Brian Griffith                                              Chapter 13

Debtor                                                      Case Number 19-13294-pmm

ORDER

AND NOW, upon the consideration of Movant's Motion to Withdraw as Counsel of Record for Brian Griffith, Chapter 13 Debtor, it is hereby ORDERED and DECREED that the Motion of Brenna H. Mendelsohn, Esquire is granted.

BY THE COURT

*Patricia M. Mayer*

**Date: March 26, 2026**                                   Patricia M. Mayer

United States Bankruptcy Judge