United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13294-pmm |
| Brian Griffith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 17, 2026 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Griffith, 612 Byram Street, Reading, PA 19606-1607 |
| 14330012 | + | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14454119 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14336637 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esq., KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14332651 | + | Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 18 2026 00:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 18 2026 00:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14341705 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 18 2026 00:45:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14330013 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 18 2026 00:45:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14341383 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 18 2026 00:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14347730 | + | Email/Text: documentfiling@lciinc.com | Jun 18 2026 00:45:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14330014 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2026 00:45:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 14352933 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2026 00:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14366350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2026 00:54:41 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14330015 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2026 00:54:32 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14330016 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 18 2026 00:45:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14361282 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 18 2026 00:54:31 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14346199 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2026 00:54:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330017 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2026 00:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |

District/off: 0313-4                    User: admin                                    Page 2 of 3

Date Rcvd: Jun 17, 2026                 Form ID: 138OBJ                                 Total Noticed: 32

| | | | |
|---|---|---|---|
| 14349564 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 18 2026 00:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364166 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 18 2026 00:45:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14330019 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 18 2026 00:45:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14365661 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 18 2026 00:54:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14330020 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 18 2026 00:54:23 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14330021 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jun 18 2026 00:45:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14346226 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jun 18 2026 00:45:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14330022 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 18 2026 00:54:25 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14330811 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 18 2026 00:54:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14330023 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jun 18 2026 00:45:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14330025 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Jun 18 2026 00:54:23 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14358882 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Jun 18 2026 00:54:40 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO BOX 9210, Des Moines, IA 50306-9210 |
| 14358496 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Jun 18 2026 00:54:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14552794 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14688602 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14330018 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14330024 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                     Signature:        /s/Gustava Winters

District/off: 0313-4                              User: admin                                      Page 3 of 3
Date Rcvd: Jun 17, 2026                      Form ID: 138OBJ                              Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

**Name**                                **Email Address**

KEVIN G. MCDONALD
                    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,
                    matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
                    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

ROLANDO RAMOS-CARDONA
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

Scott F Waterman
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138OBJ* (6/24)–doc 151 – 150

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Brian Griffith | ) | Case No. 19–13294–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 17, 2026

For The Court

Mohung Wong
Clerk of Court