**Fill in this information to identify the case:**

Debtor 1          **BRIAN GRIFFITH**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number    **19-13294-PMM**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   QUICKEN LOANS INC

**Court claim no.**  (if known):
3-3

**Last 4 digits** of any number you use to identify the debtor's account:   6   8   4   9

**Property Address:**          612 BYRAM STREET
                               Number        Street

                               READING                                     PA      19606
                               City                                        State   ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $     4,462.54 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $     4,462.54 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $     -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $     4,462.54 |

**Part 4:      Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:            $            -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:      Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:            $      1,626.44

**Part 6:      A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman                                          Date      06/25/2026
_____                         _____
Signature

Trustee      Scott F. Waterman
             _____
             First Name          Middle Name          Last Name

Address      2901 St. Lawrence Avenue, Suite 100
             _____
             Number        Street

             Reading                                    PA      19606
             _____
             City                                       State      ZIP Code

Contact phone   (610) 779-1313                    Email  info@ReadingCh13.com

| Debtor 1 | **BRIAN GRIFFITH** | | Case Number **19-13294-PMM** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 01/21/2022 | 17225753 | Disbursement To Creditor/Principal | 90.65 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 02/18/2022 | 17226732 | Disbursement To Creditor/Principal | 78.39 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 04/22/2022 | 17228717 | Disbursement To Creditor/Principal | 81.21 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 06/27/2022 | 17230552 | Disbursement To Creditor/Principal | 156.78 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 08/19/2022 | 17232475 | Disbursement To Creditor/Principal | 78.39 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 09/23/2022 | 17233442 | Disbursement To Creditor/Principal | 78.39 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 10/21/2022 | 17234416 | Disbursement To Creditor/Principal | 78.39 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 11/18/2022 | 17235353 | Disbursement To Creditor/Principal | 78.39 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 12/16/2022 | 17236279 | Disbursement To Creditor/Principal | 157.91 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 03/17/2023 | 17239003 | Disbursement To Creditor/Principal | 78.39 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 04/21/2023 | 17239919 | Disbursement To Creditor/Principal | 156.19 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 05/19/2023 | 17240818 | Disbursement To Creditor/Principal | 111.57 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 06/16/2023 | 17241638 | Disbursement To Creditor/Principal | 80.89 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 08/18/2023 | 17243337 | Disbursement To Creditor/Principal | 139.46 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 10/20/2023 | 17244989 | Disbursement To Creditor/Principal | 167.35 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 12/13/2023 | 17243337 | Cancelled Check To Creditor/Principal | -139.46 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 12/15/2023 | 17246579 | Disbursement To Creditor/Principal | 304.97 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 03/15/2024 | 17249036 | Disbursement To Creditor/Principal | 275.85 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 08/16/2024 | 17253040 | Disbursement To Creditor/Principal | 284.13 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 01/17/2025 | 17256861 | Disbursement To Creditor/Principal | 457.42 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 04/17/2025 | 17259258 | Disbursement To Creditor/Principal | 78.10 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 05/22/2025 | 17260053 | Disbursement To Creditor/Principal | 78.20 |
| 3-30 | QUICKEN LOANS INC | Pre-Petition Arrears | 07/18/2025 | 17261626 | Disbursement To Creditor/Principal | 330.20 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 09/19/2025 | 17263340 | Disbursement To Creditor/Principal | 156.41 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 11/21/2025 | 17265023 | Disbursement To Creditor/Principal | 152.77 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 02/20/2026 | 17267406 | Disbursement To Creditor/Principal | 155.60 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 03/20/2026 | 17268285 | Disbursement To Creditor/Principal | 168.61 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 05/15/2026 | 17269939 | Disbursement To Creditor/Principal | 145.69 |
| 3-3 | QUICKEN LOANS INC | Pre-Petition Arrears | 06/17/2026 | 17270779 | Disbursement To Creditor/Principal | 401.70 |

Total for Claim Number 3-3: 4,462.54

**Total for Part 3 - b (Prepetition Arrears): 4,462.54**

**Part 5 (Postpetition Fees, Expenses, and Charges)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 01/21/2022 | 17225753 | Disbursement To Creditor/Principal | 33.04 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 02/18/2022 | 17226732 | Disbursement To Creditor/Principal | 28.57 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 04/22/2022 | 17228717 | Disbursement To Creditor/Principal | 29.60 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 06/27/2022 | 17230552 | Disbursement To Creditor/Principal | 57.14 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 08/19/2022 | 17232475 | Disbursement To Creditor/Principal | 28.57 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 09/23/2022 | 17233442 | Disbursement To Creditor/Principal | 28.57 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 10/21/2022 | 17234416 | Disbursement To Creditor/Principal | 28.57 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 11/18/2022 | 17235353 | Disbursement To Creditor/Principal | 28.57 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 12/16/2022 | 17236279 | Disbursement To Creditor/Principal | 57.55 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 03/17/2023 | 17239003 | Disbursement To Creditor/Principal | 28.57 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 04/21/2023 | 17239919 | Disbursement To Creditor/Principal | 56.93 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 05/19/2023 | 17240818 | Disbursement To Creditor/Principal | 40.66 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 06/16/2023 | 17241638 | Disbursement To Creditor/Principal | 29.48 |

| Debtor 1 | **BRIAN GRIFFITH** | Case Number **19-13294-PMM** | Page 2 |
|---|---|---|---|
| | Name | | |

## History Of Payments

### Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 08/18/2023 | 17243337 | Disbursement To Creditor/Principal | 50.83 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 10/20/2023 | 17244989 | Disbursement To Creditor/Principal | 60.99 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 12/13/2023 | 17243337 | Cancelled Check To Creditor/Principal | -50.83 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 12/15/2023 | 17246579 | Disbursement To Creditor/Principal | 111.15 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 03/15/2024 | 17249036 | Disbursement To Creditor/Principal | 100.54 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 08/16/2024 | 17253040 | Disbursement To Creditor/Principal | 103.56 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 01/17/2025 | 17256861 | Disbursement To Creditor/Principal | 166.72 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 04/17/2025 | 17259258 | Disbursement To Creditor/Principal | 28.46 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 05/22/2025 | 17260053 | Disbursement To Creditor/Principal | 28.50 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 07/18/2025 | 17261626 | Disbursement To Creditor/Principal | 120.35 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 09/19/2025 | 17263340 | Disbursement To Creditor/Principal | 57.01 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 11/21/2025 | 17265023 | Disbursement To Creditor/Principal | 55.68 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 02/20/2026 | 17267406 | Disbursement To Creditor/Principal | 56.71 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 03/20/2026 | 17268285 | Disbursement To Creditor/Principal | 61.45 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 05/15/2026 | 17269939 | Disbursement To Creditor/Principal | 53.10 |
| 3-3 | QUICKEN LOANS INC | Post Petition Arrears | 06/17/2026 | 17270779 | Disbursement To Creditor/Principal | 146.40 |

Total for Claim Number 3-3: 1,626.44

Total for Part 5 (Postpetition Fees, Expenses, and Charges): **1,626.44**