**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**Brian Griffith,**

|  | : | **Chapter 13** |
|---|---|---|
|  | : |  |
| **Debtor.** | : | **Bky. No. 19-13294 (PMM)** |

## Order

**AND NOW,** upon consideration of the Certification of Default of Stipulation Terms filed

by Rocket Mortgage, LLC (doc. #134, the "Certification") and the Debtor's Response thereto

(doc. #135);

AND a hearing having been held and concluded on June 25, 2026;

And counsel for the movant having failed to appear at the hearing;

AND for the reasons stated at the hearing;

It is hereby **ordered** that the relief sought by the Certification is **denied**.

*Patricia M. Mayer*

**Date: 6/25/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Brian Griffith
612 Byram Street
Reading, PA 19606